UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLORYTRANS SHIPPING LTD.,

       Plaintiff,

 - against -

GOLDEN WORLD ENTERPRISE LTD. a/k/a
GOLDEN WORLD ENTERPRISES (WUHAN)
LIMITED,

       Defendant.
------------------------------------------------------------------X

07 CV _____
ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

       NONE.

Dated: April 24, 2007
   Southport, CT

       The Plaintiff,
       GLORYTRANS SHIPPING LTD.,

    By: _____
       Nancy R. Peterson (NP 2871)
       Patrick F. Lennon (PL 2162)
       TISDALE & LENNON, LLC
       11 West 42nd Street, Suite 900
       New York, NY 10036
       (212) 354-0025 – phone
       (212) 869-0067 – fax
       npeterson@tisdale-lennon.com
       plennon@tisdale-lennon.com