UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Glorytrans Shipping, Ltd.

                Plaintiff,

-against-

                              07 CIVIL 3282 ( DC )

Golden World Enterprises
                Defendant.
-----------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Nancy R. Peterson__

☐   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __NP 2871__

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: __Tisdale & Lennon, LLC__

    To: __Lennon, Murphy & Lennon, LLC__

    ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐   *Address:*   __The Gray Bar Building, 420 Lexington, Ave., Suite 300, NY NY, 10170__

☐   *Telephone Number:*   __(212) 490-6050__

☐   *Fax Number:*   __(212) 490-6070__

☐   *E-Mail Address:*   __nrp@lenmur.com__

Dated: __5/18/2007__