UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Glory Trans Shipping Ltd.,

   Plaintiff,

                                                                    07 Civ. 3282 (DC)

          -against-

Golden World Enterprise Ltd. a/k/a Golden World
Enterprise (Wuhan) Limited,

   Defendant.

------------------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Patrick F. Lennon__

☐ Attorney

   **X** I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __PL2162__
   ☐ I am a Pro Hac Vice attorney
   ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

      From: _____Tisdale & Lennon, LLC_____

      To: _____Lennon, Murphy & Lennon, LLC_____

**X** I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

      Address: The Gray Bar Building, 420 Lexington Ave., Suite 300, New York, NY 10170
      Telephone Number:      (212) 490-6050
      Fax Number:            (212) 490-6070
      E-Mail Address:        pfl@lenmur.com

Dated:  6/4/2007

                              s/bfo  Patrick. F. Lennon