CHIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GLORYTRANS SHIPPING LTD.,

          Plaintiff,

- against -

GOLDEN WORLD ENTERPRISE LTD. a/k/a GOLDEN
WORLD ENTERPRISES (WUHAN) LIMITED.,

          Defendant.
------------------------------------------------------------X

07 Civ. 3282 (DC)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2007

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, Deutsche Bank, is directed to immediately release Defendant's funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amount of $148,823.17 back to Golden World Enterprises Ltd.'s (the originator's) account.

Dated: June 25, 2007
       Southport, CT

                                      The Plaintiff,
                                      GLORYTRANS SHIPPING LTD.

                                      By: _____
                                      Patrick F. Lennon (PL 2162)
                                      Nancy R. Peterson (NP 2871)
                                      LENNON, MURPHY & LENNON, LLC
                                      The Gray Bar Building
                                      420 Lexington Ave., Suite 300
                                      New York, NY 10170

SO ORDERED:
                                        Phone (212) 490-6050
                                        Fax (212) 490-6070
                                        pfl@lenmur.com
                                        nrp@lenmur.com

U.S.D.J.

6/26/07